```
 1                    UNITED STATES DISTRICT COURT
 2                   CENTRAL DISTRICT OF CALIFORNIA
 3                          WESTERN DIVISION
 4
 5    THE HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING
 6
      MORTAZA MOHAMMAD NOORZAY,      )
 7    et al.,                        )
                                     )
 8              Plaintiffs,          )
                                     )
 9       vs.                         )    Nos.  CV 15-0094-SVW
                                     )          CV 15-0298-SVW
10    TATITLEK SUPPORT SERVICES,     )          CV 14-9923-SVW
      INC., et al.,                  )
11                                   )
                Defendants.          )
12    _____)
13
14
15              REPORTER'S TRANSCRIPT OF PROCEEDINGS
16                    LOS ANGELES, CALIFORNIA
17                    MONDAY, MARCH 9, 2015
18
19                       STATUS CONFERENCE
20
21
22  _____
23             DEBORAH K. GACKLE, CSR, RPR
                 United States Courthouse
24          312 North Spring Street, Room 402A
               Los Angeles, California 90012
25                   (213) 620-1149
```

```
 1   APPEARANCES OF COUNSEL:

 2

 3       For the Plaintiffs:

 4

 5           Maxwell Blecher
             Donald R Pepperman
 6           Howard K Alperin
             Blecher Collins Peperman and Joye PC
 7           515 South Figueroa Street Suite 1750
             Los Angeles, CA 90071-3334
 8           213-622-4222
             Fax: 213-622-1656
 9           Email: halperin@blechercollins.com

10

11           Daphne Stegman
             Mirren L Stegman-Wise
12           Fullerton and Hanna LLP
             6311 Columbus Avenue
13           Van Nuys, CA 91411
             818-902-1454
14           Fax: 818-901-0472
             Email: mirren.stegman@gmail.com

15

16           Trey Dayes
             Phillips Dayes National Employment Law Firm PC
17           3101 North Central Avenue Suite 1100
             Phoenix, AZ 85012
18           602-288-1610
             Fax: 602-288-1644
19           Email: treyd@phillipsdayeslaw.com

20

21           James W Johnston
             Johnston Law Firm
22           3890 Eleventh Street Suite 203
             Riverside, CA 92501
23           213-291-0648
             Fax: 877-571-0091
24           Email: jj@johnstonlawoffice.com

25   ///
```

```
 1   APPEARANCES (CONTINUED):

 2            .

 3      For the Plaintiffs:

 4

 5           Larry R Hoddick
             Law Office of Larry Hoddick PC
 6           74000 Country Club Drive Suite C5
             Palm Desert, CA 92260
 7           760-636-5256
             Fax: 760-299-4220
 8           Email: lhoddick@dc.rr.com

 9


10      For the Defendants:

11

12           Jonathan D Meer
             Seyfarth Shaw LLP
13           2029 Century Park East Suite 3500
             Los Angeles, CA 90067-3021
14           310-277-7200
             Fax: 310-201-5219
15           Email: jmeer@seyfarth.com

16


17           Larry M Lawrence
             Seyfarth Shaw LLP
18           333 South Hope Street Suite 3900
             Los Angeles, CA 90071-1404
19           213-270-9600
             Fax: 213-270-9601
20           Email: llawrence@seyfarth.com

21


22           John R Giovannone
             Seyfarth Shaw LLP
23           333 South Hope Street Suite 3900
             Los Angeles, CA 90071-1406
24           213-270-9600
             Email: jgiovannone@seyfarth.com

25
```

```
 1        LOS ANGELES, CALIFORNIA; MONDAY, MARCH 9, 2015; 1:35 P.M.
 2                          - - - - -
 3
 4             THE CLERK:  Calling civil, 14-9923-SVW, Noorsay
 5   versus Tatiklek Support Services; civil 15-94, Nur versus the
 6   Tatiklek Corporation; and 15-298, Chalupa versus Tatiklek
 7   Support Services, Incorporated.
 8             Counsel, please state your appearances.
 9             MR. BLECHER:  Good afternoon, Your Honor.  Maxwell
10   Blecher, Donald Pepperman and Howard Alperin for the plaintiffs
11   in the Noorsay v. Tatiklek case.
12             MR. JOHNSTON:  Good afternoon, Your Honor.  James
13   Johnston and Larry Hoddick for plaintiffs in the Chalupa versus
14   Tatiklek case.
15             MR. DAYES:  Good afternoon, Your Honor.  Trey Dayes
16   appearing on behalf of the plaintiffs in the Nur case.
17             MS. STEGMAN:  Good afternoon, Your Honor.  Daphne
18   Stegman and Mirren Stegman-Wise for Noorsay, plaintiffs.
19             MR. MEER:  Good afternoon.  John Meer appearing for
20   defendants in all three cases, and I have my colleagues with
21   me:  John Giovannone and Larry Lawrence.
22             THE COURT:  You may be seated.
23             The first issue is determining whether these cases
24   should be consolidated.  They seem to allege the same
25   violations over the same time period.
```

```
 1              Is there any material difference between the
 2   complaints?
 3              MR. BLECHER:  Maxwell Blecher for the Noosay
 4   plaintiffs, Your Honor.
 5              We think they should be consolidated.  They're
 6   substantially identical in terms of the charge and the time
 7   period.  Classes are essentially overlapping.
 8              THE COURT:  All right.
 9              And would you identify yourself before you speak so
10   the court reporter knows.
11              MR. JOHNSON:  Thank you, Your Honor.
12              James Johnston for the Chalupa plaintiff.
13              THE COURT:  Yes.
14              MR. JOHNSON:  Your Honor, our case is a little
15   different because our intention is to amend the complaint to
16   eliminate the class allegation and to proceed on Mr. Chalupa's
17   individual claims.
18              THE COURT:  I see.  What about the Nur plaintiff?
19              MR. DAYES:  We have no objection one way or the
20   other.  I'm sorry.  Mr. Days, Trey Days.
21              THE COURT:  Could I ask you a few further questions.
22              Mr. Maxwell is -- I mean Mr. Blecher is essentially
23   correct that they do allege the same basic violations in the
24   same time period, but the allegations in the Nur complaint and
25   the Noorsay complaint are not stated exactly the same way.
```

```
 1              Do you have any objection to the way Noorsay has
 2   stated them?
 3              MR. DAYES:  We do have an objection to the way their
 4   classes are defined.
 5              THE COURT:  First, let me ask you in terms of how
 6   they allege the substantive violations.
 7              Do you agree with that?
 8              MR. DAYES:  I do believe that basic facts we agree
 9   with.
10              THE COURT:  In other words, you agree with the basic
11   facts in the Noorsay complaint?
12              MR. DAYES:  Yes, we do, Your Honor.
13              THE COURT:  And what is different about the way you
14   alleged the respective classes?
15              MR. DAYES:  I believe our classes are defined in
16   terms of the job description that the plaintiffs had.  In other
17   words, some of them were role players; some of them were
18   interpreters.  To my understanding, the other complaint alleges
19   it in terms of what I commonly have heard called failsafe
20   classes.  In other words, they're legends in terms of people
21   who had an overtime violation or meal-break violation, that
22   sort of thing.  So I think that's the substantive difference
23   between the two claims.
24              THE COURT:  How would you respond to that, if at all,
25   Mr. Blecher?  You don't have to if you have no response.
```

1         MR. BLECHER: I would suggest, Your Honor, that if
2  you think consolidation is appropriate -- and I do -- that you
3  give the plaintiffs, the respective plaintiffs, like 30 days,
4  or whatever, to get together and file a new complaint that's
5  uniform insofar as it can be, and we would eliminate the
6  distinctions.
7         MR. DAYES: Your Honor, we don't want to amend our
8  complaint. We feel at this time that it's pled properly.
9  So --
10        THE COURT: In other words -- let me just make sure I
11 understand it -- you're satisfied with your complaint, you
12 don't intend to amend it, but you don't disagree with the
13 allegations in the Noorsay complaint insofar as they outline
14 the substantive violations, forgetting the class distinctions
15 for the moment.
16        MR. DAYES: That's correct, Your Honor.
17        THE COURT: The matter will stand submitted. I'll
18 think about it. Thank you.
19        MR. BLECHER: We have, Your Honor, the Tatiklek
20 motion to dismiss the Noorsay case.
21        THE COURT: I'm going to consider that; I may issue
22 an order. Thank you.
23        Incidentally, the motion won't be granted on the
24 basis that you argue, but it may be there's something else
25 that's of concern to the court, and before I rule, I'll give

```
 1   the parties notice and an opportunity to respond.
 2              MR. BLECHER:  Thank you, Your Honor.
 3              THE COURT:  Thank you.
 4                 (Proceedings concluded at 1:50 p.m.)
 5                           - - - - -
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                        C E R T I F I C A T E

2

3          I hereby certify that pursuant to Section 753,

4   Title 18, United States Code, the foregoing is a true and

5   correct transcript of the stenographically reported proceedings

6   held in the above-entitled matter and that the transcript page

7   format is in conformance with the regulations of the Judicial

8   Conference of the United States.

9

10     Date:  June 6, 2015

11

12                       /S/_____

13                         Deborah K. Gackle
                              CSR No. 7106

**/**

**/S [1]**  9/12

**0**

**0091 [1]**  2/23
**0472 [1]**  2/14
**0648 [1]**  2/23

**1**

**1100 [1]**  2/17
**1149 [1]**  1/25
**14-9923-SVW [2]**  1/10 4/4
**1404 [1]**  3/18
**1406 [1]**  3/23
**1454 [1]**  2/13
**15-0094-SVW [1]**  1/9
**15-0298-SVW [1]**  1/9
**15-298 [1]**  4/6
**15-94 [1]**  4/5
**1610 [1]**  2/18
**1644 [1]**  2/18
**1656 [1]**  2/8
**1750 [1]**  2/7
**18 [1]**  9/4
**1:35 [1]**  4/1
**1:50 [1]**  8/4

**2**

**2015 [3]**  1/17 4/1 9/10
**2029 [1]**  3/13
**203 [1]**  2/22
**213 [1]**  1/25
**213-270-9600 [2]**  3/19 3/24
**213-270-9601 [1]**  3/19
**213-291-0648 [1]**  2/23
**213-622-1656 [1]**  2/8
**213-622-4222 [1]**  2/8
**298 [1]**  4/6

**3**

**30 [1]**  7/3
**3021 [1]**  3/13
**310-201-5219 [1]**  3/14
**310-277-7200 [1]**  3/14
**3101 [1]**  2/17
**312 [1]**  1/24
**333 [2]**  3/18 3/23
**3334 [1]**  2/7
**3500 [1]**  3/13
**3890 [1]**  2/22
**3900 [2]**  3/18 3/23

**4**

**402A [1]**  1/24
**4220 [1]**  3/7
**4222 [1]**  2/8

**5**

**515 [1]**  2/7
**5219 [1]**  3/14
**5256 [1]**  3/7

**6**

**602-288-1610 [1]**  2/18
**602-288-1644 [1]**  2/18
**620-1149 [1]**  1/25
**6311 [1]**  2/12

**7**

**7106 [1]**  9/13
**7200 [1]**  3/14
**74000 [1]**  3/6
**753 [1]**  9/3

**760-299-4220 [1]**  3/7
**760-636-5256 [1]**  3/7

**8**

**818-901-0472 [1]**  2/14
**818-902-1454 [1]**  2/13
**85012 [1]**  2/17
**877-571-0091 [1]**  2/23

**9**

**90012 [1]**  1/24
**90067-3021 [1]**  3/13
**90071-1404 [1]**  3/18
**90071-1406 [1]**  3/23
**90071-3334 [1]**  2/7
**91411 [1]**  2/13
**92260 [1]**  3/6
**92501 [1]**  2/22
**94 [1]**  4/5
**9600 [2]**  3/19 3/24
**9601 [1]**  3/19

**A**

**about [3]**  5/18 6/13 7/18
**above [1]**  9/6
**above-entitled [1]**  9/6
**afternoon [5]**  4/9 4/12 4/15 4/17 4/19
**agree [3]**  6/7 6/8 6/10
**al [2]**  1/7 1/10
**all [3]**  4/20 5/8 6/24
**allegation [1]**  5/16
**allegations [2]**  5/24 7/13
**allege [3]**  4/24 5/23 6/6
**alleged [1]**  6/14
**alleges [1]**  6/18
**Alperin [2]**  2/6 4/10
**amend [3]**  5/15 7/7 7/12
**ANGELES [7]**  1/16 1/24 2/7 3/13 3/18 3/23 4/1
**any [2]**  5/1 6/1
**appearances [3]**  2/1 3/1 4/8
**appearing [2]**  4/16 4/19
**appropriate [1]**  7/2
**are [4]**  5/7 5/25 6/4 6/15
**argue [1]**  7/24
**as [2]**  7/5 7/13
**ask [2]**  5/21 6/5
**at [3]**  6/24 7/8 8/4
**Avenue [2]**  2/12 2/17
**AZ [1]**  2/17

**B**

**basic [3]**  5/23 6/8 6/10
**basis [1]**  7/24
**be [6]**  4/22 4/24 5/5 7/5 7/23 7/24
**because [1]**  5/15
**before [2]**  5/9 7/25
**behalf [1]**  4/16
**believe [2]**  6/8 6/15
**between [2]**  5/1 6/23
**Blecher [6]**  2/5 2/6 4/10 5/3 5/22 6/25
**blechercollins.com [1]**  2/9
**break [1]**  6/21
**but [3]**  5/24 7/12 7/24

**C**

**C5 [1]**  3/6
**CA [7]**  2/7 2/13 2/22 3/6 3/13 3/18 3/23
**CALIFORNIA [4]**  1/2 1/16 1/24 4/1
**called [1]**  6/19
**Calling [1]**  4/4
**can [1]**  7/5
**case [5]**  4/11 4/14 4/16 5/14 7/20
**cases [2]**  4/20 4/23

**CENTRAL [2]**  1/2 2/17
**Century [1]**  3/13
**certify [1]**  9/3
**Chalupa [3]**  4/6 4/13 5/12
**Chalupa's [1]**  5/16
**charge [1]**  5/6
**civil [2]**  4/4 4/5
**claims [2]**  5/17 6/23
**class [2]**  5/16 7/14
**classes [5]**  5/7 6/4 6/14 6/15 6/20
**Club [1]**  3/6
**Code [1]**  9/4
**colleagues [1]**  4/20
**Collins [1]**  2/6
**Columbus [1]**  2/12
**commonly [1]**  6/19
**complaint [9]**  5/15 5/24 5/25 6/11 6/18 7/4 7/8 7/11 7/13
**complaints [1]**  5/2
**concern [1]**  7/25
**concluded [1]**  8/4
**CONFERENCE [2]**  1/19 9/8
**conformance [1]**  9/7
**consider [1]**  7/21
**consolidated [2]**  4/24 5/5
**consolidation [1]**  7/2
**CONTINUED [1]**  3/1
**Corporation [1]**  4/6
**correct [3]**  5/23 7/16 9/5
**Could [1]**  5/21
**COUNSEL [2]**  2/1 4/8
**Country [1]**  3/6
**court [3]**  1/1 5/10 7/25
**Courthouse [1]**  1/23
**CSR [2]**  1/23 9/13
**CV [3]**  1/9 1/9 1/10

**D**

**Daphne [2]**  2/11 4/17
**Date [1]**  9/10
**Dayes [3]**  2/16 2/16 4/15
**days [3]**  5/20 5/20 7/3
**dc.rr.com [1]**  3/8
**DEBORAH [2]**  1/23 9/13
**defendants [3]**  1/11 3/10 4/20
**defined [2]**  6/4 6/15
**description [1]**  6/16
**Desert [1]**  3/6
**determining [1]**  4/23
**difference [2]**  5/1 6/22
**different [2]**  5/15 6/13
**disagree [1]**  7/12
**dismiss [1]**  7/20
**distinctions [2]**  7/6 7/14
**DISTRICT [3]**  1/1 1/2 1/5
**DIVISION [1]**  1/3
**do [7]**  5/23 6/1 6/3 6/7 6/8 6/12 7/2
**don't [4]**  6/25 7/7 7/12 7/12
**Donald [2]**  2/5 4/10
**Drive [1]**  3/6

**E**

**East [1]**  3/13
**Eleventh [1]**  2/22
**eliminate [2]**  5/16 7/5
**else [1]**  7/24
**Email [8]**  2/9 2/14 2/19 2/24 3/8 3/15 3/20 3/24
**Employment [1]**  2/16
**entitled [1]**  9/6
**essentially [2]**  5/7 5/22
**et [2]**  1/7 1/10
**exactly [1]**  5/25

## F

facts [2]  6/8 6/11
failsafe [1]  6/19
Fax [7]  2/8 2/14 2/18 2/23 3/7 3/14 3/19
feel [1]  7/8
few [1]  5/21
Figueroa [1]  2/7
file [1]  7/4
Firm [2]  2/16 2/21
first [2]  4/23 6/5
foregoing [1]  9/4
forgetting [1]  7/14
format [1]  9/7
Fullerton [1]  2/12
further [1]  5/21

## G

GACKLE [2]  1/23 9/13
get [1]  7/4
Giovannone [2]  3/22 4/21
give [2]  7/3 7/25
gmail.com [1]  2/14
going [1]  7/21
Good [5]  4/9 4/12 4/15 4/17 4/19
granted [1]  7/23

## H

had [2]  6/16 6/21
halperin [1]  2/9
Hanna [1]  2/12
has [1]  6/1
have [8]  4/20 5/19 6/1 6/3 6/19 6/25 6/25 7/19
heard [1]  6/19
held [1]  9/6
hereby [1]  9/3
Hoddick [3]  3/5 3/5 4/13
Honor [13]
HONORABLE [1]  1/5
Hope [2]  3/18 3/23
how [2]  6/5 6/24
Howard [2]  2/6 4/10

## I

I'll [2]  7/17 7/25
I'm [2]  5/20 7/21
identical [1]  5/6
identify [1]  5/9
if [3]  6/24 6/25 7/1
in [19]
INC [1]  1/10
Incidentally [1]  7/23
Incorporated [1]  4/7
individual [1]  5/17
insofar [2]  7/5 7/13
intend [1]  7/12
intention [1]  5/15
interpreters [1]  6/18
is [10]
issue [2]  4/23 7/21
it [6]  6/19 7/5 7/11 7/12 7/18 7/24
it's [1]  7/8

## J

James [3]  2/21 4/12 5/12
jgiovannone [1]  3/24
jj [1]  2/24
jmeer [1]  3/15
job [1]  6/16
John [3]  3/22 4/19 4/21
Johnston [4]  2/21 2/21 4/13 5/12
johnstonlawoffice.com [1]  2/24
Jonathan [1]  3/12

Joye [1]  2/6
JUDGE [1]  1/5
Judicial [1]  9/7
June [1]  9/10
just [1]  7/10

## K

knows [1]  5/10

## L

Larry [5]  3/5 3/5 3/17 4/13 4/21
Law [3]  2/16 2/21 3/5
Lawrence [2]  3/17 4/21
legends [1]  6/20
let [2]  6/5 7/10
lhoddick [1]  3/8
like [1]  7/3
little [1]  5/14
llawrence [1]  3/20
LLP [4]  2/12 3/12 3/17 3/22
LOS [7]  1/16 1/24 2/7 3/13 3/18 3/23 4/1

## M

make [1]  7/10
MARCH [2]  1/17 4/1
material [1]  5/1
matter [2]  7/17 9/6
Maxwell [4]  2/5 4/9 5/3 5/22
may [3]  4/22 7/21 7/24
me [3]  4/21 6/5 7/10
meal [1]  6/21
meal-break [1]  6/21
mean [1]  5/22
Meer [2]  3/12 4/19
Mirren [2]  2/11 4/18
mirren.stegman [1]  2/14
MOHAMMAD [1]  1/6
moment [1]  7/15
MONDAY [2]  1/17 4/1
MORTAZA [1]  1/6
motion [2]  7/20 7/23
Mr. [5]  5/16 5/20 5/22 5/22 6/25
Mr. Blecher [2]  5/22 6/25
Mr. Chalupa's [1]  5/16
Mr. Days [1]  5/20
Mr. Maxwell [1]  5/22
my [2]  4/20 6/18

## N

National [1]  2/16
new [1]  7/4
no [3]  5/19 6/25 9/13
Noorsay [8]  4/4 4/11 4/18 5/25 6/1 6/11 7/13 7/20
NOORZAY [1]  1/6
Noosay [1]  5/3
North [2]  1/24 2/17
Nos [1]  1/9
not [1]  5/25
notice [1]  8/1
Nur [4]  4/5 4/16 5/18 5/24
Nuys [1]  2/13

## O

objection [3]  5/19 6/1 6/3
Office [1]  3/5
on [3]  4/16 5/16 7/23
one [1]  5/19
opportunity [1]  8/1
or [3]  5/19 6/21 7/4
order [1]  7/22
other [6]  5/20 6/10 6/16 6/18 6/20 7/10
our [4]  5/14 5/15 6/15 7/7
outline [1]  7/13

over [1]  4/25
overlapping [1]  5/7
overtime [1]  6/21

## P

p.m [2]  4/1 8/4
page [1]  9/6
Palm [1]  3/6
Park [1]  3/13
parties [1]  8/1
PC [3]  2/6 2/16 3/5
people [1]  6/20
Peperman [1]  2/6
Pepperman [2]  2/5 4/10
period [3]  4/25 5/7 5/24
Phillips [1]  2/16
phillipsdayeslaw.com [1]  2/19
Phoenix [1]  2/17
plaintiff [2]  5/12 5/18
plaintiffs [11]
players [1]  6/17
please [1]  4/8
pled [1]  7/8
PRESIDING [1]  1/5
proceed [1]  5/16
proceedings [3]  1/15 8/4 9/5
properly [1]  7/8
pursuant [1]  9/3

## Q

questions [1]  5/21

## R

regulations [1]  9/7
reported [1]  9/5
reporter [1]  5/10
REPORTER'S [1]  1/15
respective [2]  6/14 7/3
respond [2]  6/24 8/1
response [1]  6/25
right [1]  5/8
Riverside [1]  2/22
role [1]  6/17
Room [1]  1/24
RPR [1]  1/23
rule [1]  7/25

## S

same [5]  4/24 4/25 5/23 5/24 5/25
satisfied [1]  7/11
seated [1]  4/22
Section [1]  9/3
see [1]  5/18
seem [1]  4/24
SERVICES [3]  1/10 4/5 4/7
Seyfarth [3]  3/12 3/17 3/22
seyfarth.com [3]  3/15 3/20 3/24
Shaw [3]  3/12 3/17 3/22
should [2]  4/24 5/5
so [3]  5/9 6/22 7/9
some [2]  6/17 6/17
something [1]  7/24
sorry [1]  5/20
sort [1]  6/22
South [3]  2/7 3/18 3/23
speak [1]  5/9
Spring [1]  1/24
stand [1]  7/17
state [1]  4/8
stated [2]  5/25 6/2
STATES [4]  1/1 1/23 9/4 9/8
STATUS [1]  1/19
Stegman [4]  2/11 2/11 4/18 4/18
Stegman-Wise [2]  2/11 4/18

**S**

stenographically [1]  9/5
STEPHEN [1]  1/5
Street [5]  1/24 2/7 2/22 3/18 3/23
submitted [1]  7/17
substantially [1]  5/6
substantive [3]  6/6 6/22 7/14
suggest [1]  7/1
Suite [7]  2/7 2/17 2/22 3/6 3/13 3/18 3/23
SUPPORT [3]  1/10 4/5 4/7
sure [1]  7/10
SVW [4]  1/9 1/9 1/10 4/4

**T**

Tatiklek [6]  4/5 4/6 4/6 4/11 4/14 7/19
TATITLEK [1]  1/10
terms [5]  5/6 6/5 6/16 6/19 6/20
Thank [5]  5/11 7/18 7/22 8/2 8/3
that [13]
that's [4]  6/22 7/4 7/16 7/25
their [1]  6/3
them [3]  6/2 6/17 6/17
there [1]  5/1
there's [1]  7/24
these [1]  4/23
they [5]  4/24 5/5 5/23 6/6 7/13
they're [2]  5/5 6/20
thing [1]  6/22
think [4]  5/5 6/22 7/2 7/18
this [1]  7/8
three [1]  4/20
time [4]  4/25 5/6 5/24 7/8
Title [1]  9/4
Title 18 [1]  9/4
together [1]  7/4
transcript [3]  1/15 9/5 9/6
Trey [3]  2/16 4/15 5/20
treyd [1]  2/19
true [1]  9/4
two [1]  6/23

**U**

understand [1]  7/11
understanding [1]  6/18
uniform [1]  7/5
UNITED [4]  1/1 1/23 9/4 9/8

**V**

Van [1]  2/13
versus [4]  4/5 4/5 4/6 4/13
violation [2]  6/21 6/21
violations [4]  4/25 5/23 6/6 7/14

**W**

want [1]  7/7
way [5]  5/19 5/25 6/1 6/3 6/13
we [9]  5/5 5/19 6/3 6/8 6/12 7/5 7/7 7/8 7/19
were [2]  6/17 6/17
WESTERN [1]  1/3
what [3]  5/18 6/13 6/19
whatever [1]  7/4
whether [1]  4/23
who [1]  6/21
will [1]  7/17
WILSON [1]  1/5
Wise [2]  2/11 4/18
won't [1]  7/23
words [4]  6/10 6/17 6/20 7/10
would [4]  5/9 6/24 7/1 7/5

**Y**

Yes [2]  5/13 6/12
you [22]
you're [1]  7/11
your [15]
yourself [1]  5/9