UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

THE HONORABLE STEPHEN V. WILSON, DISTRICT JUDGE PRESIDING

```
FAIZ NUR,                       )
                                )
          Plaintiff,            )
                                )
    vs.                         )     No. CV 15-94-SVW
                                )
THE TATITLEK CORPORATION, INC., )
et al.,                         )
                                )
          Defendants.           )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, DECEMBER 7, 2015

_____

DEBORAH K. GACKLE, CSR, RPR
United States Courthouse
312 North Spring Street, Room 402A
Los Angeles, California 90012
(213) 620-1149

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**APPEARANCES OF COUNSEL:**

**For the Plaintiff:**

    Trey Dayes
    Phillips Dayes National Employment Law Firm PC
    3101 North Central Avenue Suite 1100
    Phoenix, AZ 85012
    602-288-1610
    Fax: 602-288-1644
    Email: treyd@phillipsdayeslaw.com

**For the Defendant:**

    John R Giovannone
    Seyfarth Shaw LLP
    333 South Hope Street Suite 3900
    Los Angeles, CA 90071-1406
    213-270-9600
    Fax: 213-270-9601
    Email: jgiovannone@seyfarth.com

                          - - - - -

```
 1    LOS ANGELES, CALIFORNIA; MONDAY, DECEMBER 7, 2015; 3:40 P.M.
 2                              - - - - -
 3
 4              THE CLERK:  Item 7, CV 15-94-SVW, Fiez Nur, et al
 5    versus Tatitlek corporation.
 6              Counsel, please state your appearances.
 7              MR. DAYES:  Good afternoon.  Trey Dayes appearing on
 8    behalf of plaintiffs.
 9              MR. GIOVANNONE:  Good afternoon.  John Giovannone on
10    behalf of Tatitlek Support Services, Inc. and GeoNorth.
11              THE COURT:  Okay.
12              This matter is before the court because the parties
13    requested a deferral of the ruling on the pending summary
14    judgment motions.  Because the parties may engage in mediation.
15    I'm not of the mind to delay decisions on a hope, a wish and a
16    prayer.  So where are we here?
17              MR. GIOVANNONE:  Thank you, Your Honor.
18              On Thursday of last week, we actually filed a notice
19    with the court -- that I'm not sure if it made its way to your
20    desk -- that we actually have scheduled a mediation for
21    February 5th --
22              THE COURT:  I see.
23              MR. GIOVANNONE:  -- with David Rotman, very
24    experienced wage and hourly mediator.
25              MR. DAYES:  That's correct, Your Honor.
```

```
 1              THE COURT:  And you've asked me not to show my hand
 2   in any way so I won't, but there are serious issues, without
 3   making any indication involved, and I haven't reached a firm
 4   conclusion, although prior to being informed of this mediation,
 5   naturally the court was looking into the issues.
 6              So you both strike me as being experienced lawyers
 7   who undoubtedly know their case a lot better than I do at this
 8   point.
 9              Without making any commitment, which you can't, but
10   what are the prospects?
11              MR. DAYES:  Your Honor, I believe the prospects are
12   good of obtaining a settlement.  Obviously we can't make a
13   promise, but we came together rather quickly, and we feel
14   really good about the mediator; he seems very experienced.
15              THE COURT:  I don't know him.  First I thought it was
16   a retired superior court judge in Santa Monica that I knew many
17   years ago, David Rothman, but this is David Rotman,
18   R-o-t-m-a-n.
19              MR. DAYES:  That's correct, Your Honor.
20              THE COURT:  And is he a retired judge, or is he a
21   lawyer specializing in this area?
22              MR. GIOVANNONE:  If I may, Your Honor, he is a lawyer
23   specializing in this particular area and, in fact, has been
24   doing it longer than I had been in the practice of law.
25              THE COURT:  And he still practices, or is he
```

1    exclusively a mediator now?

2             MR. GIOVANNONE:  Exclusively a mediator.

3             THE COURT:  I see.  And is he part of any of these

4    groups, or is he just on his own?

5             MR. GIOVANNONE:  He is in a three-person partnership

6    that does exclusively mediation services.  Each of his two

7    partners has a different area of specialty.  He is their wage

8    and hour guru.  He's about as well respected as you can be in

9    the area.

10            THE COURT:  Do you agree with that?

11            MR. DAYES:  I do, Your Honor.

12            THE COURT:  Yeah.

13            And the mediation is February 5th.  Well, that means

14   that there is also a motion for class certification in January.

15            Do you want me to put that off, too, until the

16   mediation is resolved?

17            MR. GIOVANNONE:  I believe you have.  There was a

18   stipulation to take the hearing off.

19            THE COURT:  I see.  All right.  Here's what I'll do.

20   February 5th is what day of the week?

21            MR. GIOVANNONE:  That is a Friday, Your Honor.

22            THE COURT:  Then I'll schedule a further status

23   conference not the following Monday but the Monday after that.

24            THE CLERK:  The 16th?

25            THE COURT:  Let's say at 11:45.

```
 1              So if we have a jury trial ...
 2              THE CLERK:  11:45.  Further status conference will be
 3    February 16th at 11:45.
 4              THE COURT:  I hope you have success.
 5              MR. GIOVANNONE:  Thank you, Your Honor.
 6              MR. DAYES:  Thank you, Your Honor.
 7
 8              (Proceedings concluded at 3:50 p.m.)
 9                            - - - - -
10
...
25
```

```
 1                        C E R T I F I C A T E

 2

 3           I hereby certify that pursuant to Section 753,

 4   Title 18, United States Code, the foregoing is a true and

 5   correct transcript of the stenographically reported proceedings

 6   held in the above-entitled matter and that the transcript page

 7   format is in conformance with the regulations of the Judicial

 8   Conference of the United States.

 9

10     Date:  December 21, 2015

11

12                       /S/_____

13                          Deborah K. Gackle
                               CSR No. 7106
14

15

...

25
```

| | | |
|---|---|---|
| **MR. DAYES: [6]**<br>**MR. GIOVANNONE: [9]**<br>**THE CLERK: [3]**<br>**THE COURT: [13]** | **9601 [1]**  2/17 | **conformance [1]**  7/7<br>**corporation [2]**  1/9<br>  3/5 |
| **/** | **A** | **correct [3]**<br>**COUNSEL [2]**  2/1 3/6 |
| **/S [1]**   7/12 | **about [2]**  4/14 5/8<br>**above [1]**   7/6<br>**above-entitled [1]**  7/6<br>**actually [2]**  3/18 3/20<br>**after [1]**   5/23<br>**afternoon [2]**   3/7 3/9<br>**ago [1]**   4/17<br>**agree [1]**   5/10<br>**al [2]**   1/10 3/4<br>**All [1]**   5/19<br>**also [1]**   5/14<br>**although [1]**   4/4<br>**ANGELES [4]**<br>**any [4]**<br>**appearances [2]**  2/1<br>  3/6<br>**appearing [1]**   3/7<br>**are [4]**<br>**area [4]**<br>**as [3]**<br>**asked [1]**   4/1<br>**at [4]**<br>**Avenue [1]**  2/7<br>**AZ [1]**   2/7 | **court [5]**<br>**Courthouse [1]**  1/23<br>**CSR [2]**  1/23 7/13<br>**CV [2]**  1/8 3/4 |
| **1** | | **D** |
| **1100 [1]**   2/7<br>**1149 [1]**   1/25<br>**11:45 [3]**<br>**1406 [1]**   2/16<br>**15-94-SVW [2]**   1/8 3/4<br>**1610 [1]**   2/8<br>**1644 [1]**   2/8<br>**16th [2]**   5/24 6/3<br>**18 [1]**   7/4 | | **Date [1]**   7/10<br>**David [3]**<br>**day [1]**   5/20<br>**Dayes [3]**<br>**DEBORAH [2]**  1/23 7/13<br>**DECEMBER [3]**<br>**decisions [1]**  3/15<br>**Defendant [1]**  2/13<br>**Defendants [1]**  1/11<br>**deferral [1]**  3/13<br>**delay [1]**  3/15<br>**desk [1]**  3/20<br>**different [1]**  5/7<br>**DISTRICT [3]**<br>**DIVISION [1]**  1/3<br>**do [5]**<br>**does [1]**  5/6<br>**doing [1]**  4/24<br>**don't [1]**  4/15 |
| **2** | | |
| **2015 [3]**<br>**21 [1]**   7/10<br>**213 [1]**   1/25<br>**213-270-9600 [1]**   2/17<br>**213-270-9601 [1]**   2/17 | | |
| **3** | | |
| **3101 [1]**   2/7<br>**312 [1]**   1/24<br>**333 [1]**   2/16<br>**3900 [1]**   2/16<br>**3:40 [1]**   3/1<br>**3:50 [1]**   6/8 | **B** | **E** |
| | **be [2]**   5/8 6/2<br>**because [2]**   3/12 3/14<br>**been [2]**   4/23 4/24<br>**before [1]**   3/12<br>**behalf [2]**   3/8 3/10<br>**being [2]**   4/4 4/6<br>**believe [2]**   4/11 5/17<br>**better [1]**   4/7<br>**both [1]**   4/6<br>**but [5]** | **Each [1]**  5/6<br>**Email [2]**  2/9 2/18<br>**Employment [1]**  2/6<br>**engage [1]**  3/14<br>**entitled [1]**  7/6<br>**et [2]**  1/10 3/4<br>**exclusively [3]**<br>**experienced [3]** |
| **4** | | |
| **402A [1]**   1/24 | | |
| **5** | | |
| **5th [3]** | | |
| **6** | | **F** |
| **602-288-1610 [1]**   2/8<br>**602-288-1644 [1]**   2/8<br>**620-1149 [1]**   1/25 | **C** | **fact [1]**   4/23<br>**FAIZ [1]**   1/6<br>**Fax [2]**   2/8 2/17<br>**February [4]**<br>**February 16th [1]**   6/3<br>**February 5th [3]**<br>**feel [1]**   4/13<br>**Fiez [1]**   3/4<br>**filed [1]**   3/18<br>**firm [2]**   2/6 4/3<br>**First [1]**   4/15<br>**following [1]**   5/23<br>**foregoing [1]**   7/4<br>**format [1]**   7/7 |
| | **CA [1]**   2/16<br>**CALIFORNIA [4]**<br>**came [1]**   4/13<br>**can [1]**   5/8<br>**can't [2]**   4/9 4/12<br>**case [1]**   4/7<br>**CENTRAL [2]**   1/2 2/7<br>**certification [1]**   5/14<br>**certify [1]**   7/3<br>**class [1]**   5/14<br>**Code [1]**   7/4<br>**commitment [1]**   4/9<br>**concluded [1]**   6/8<br>**conclusion [1]**   4/4<br>**conference [3]** | |
| **7** | | |
| **7106 [1]**   7/13<br>**753 [1]**   7/3 | | |
| **8** | | |
| **85012 [1]**   2/7 | | |
| **9** | | |
| **90012 [1]**   1/24<br>**90071-1406 [1]**   2/16<br>**9600 [1]**   2/17 | | |

**F**

**Friday [1]**   5/21
**further [2]**   5/22 6/2

**G**

**GACKLE [2]**   1/23 7/13
**GeoNorth [1]**   3/10
**Giovannone [2]**   2/15 3/9
**good [4]**
**groups [1]**   5/4
**guru [1]**   5/8

**H**

**had [1]**   4/24
**hand [1]**   4/1
**has [2]**   4/23 5/7
**have [4]**
**haven't [1]**   4/3
**he [10]**
**He's [1]**   5/8
**hearing [1]**   5/18
**held [1]**   7/6
**here [1]**   3/16
**Here's [1]**   5/19
**hereby [1]**   7/3
**him [1]**   4/15
**his [2]**   5/4 5/6
**Honor [9]**
**HONORABLE [1]**   1/5
**hope [3]**
**hour [1]**   5/8
**hourly [1]**   3/24

**I**

**I'll [2]**   5/19 5/22
**I'm [2]**   3/15 3/19
**if [3]**
**in [12]**
**INC [2]**   1/9 3/10
**indication [1]**   4/3
**informed [1]**   4/4
**into [1]**   4/5
**involved [1]**   4/3
**is [17]**
**issues [2]**   4/2 4/5
**it [3]**
**Item [1]**   3/4
**its [1]**   3/19

**J**

**January [1]**   5/14
**jgiovannone [1]**   2/18
**John [2]**   2/15 3/9
**judge [3]**

**judgment [1]**   3/14
**Judicial [1]**   7/7
**jury [1]**   6/1
**just [1]**   5/4

**K**

**knew [1]**   4/16
**know [2]**   4/7 4/15

**L**

**last [1]**   3/18
**law [2]**   2/6 4/24
**lawyer [2]**   4/21 4/22
**lawyers [1]**   4/6
**Let's [1]**   5/25
**LLP [1]**   2/15
**longer [1]**   4/24
**looking [1]**   4/5
**LOS [4]**
**lot [1]**   4/7

**M**

**made [1]**   3/19
**make [1]**   4/12
**making [2]**   4/3 4/9
**many [1]**   4/16
**matter [2]**   3/12 7/6
**may [2]**   3/14 4/22
**me [3]**
**means [1]**   5/13
**mediation [6]**
**mediator [4]**
**mind [1]**   3/15
**MONDAY [4]**
**Monica [1]**   4/16
**motion [1]**   5/14
**motions [1]**   3/14
**my [1]**   4/1

**N**

**National [1]**   2/6
**naturally [1]**   4/5
**No [2]**   1/8 7/13
**North [2]**   1/24 2/7
**not [4]**
**notice [1]**   3/18
**now [1]**   5/1
**NUR [2]**   1/6 3/4

**O**

**obtaining [1]**   4/12
**Obviously [1]**   4/12
**off [2]**   5/15 5/18
**Okay [1]**   3/11
**on [6]**
**or [3]**

**own [1]**   5/4

**P**

**p.m [2]**   3/1 6/8
**page [1]**   7/6
**part [1]**   5/3
**particular [1]**   4/23
**parties [2]**   3/12 3/14
**partners [1]**   5/7
**partnership [1]**   5/5
**PC [1]**   2/6
**pending [1]**   3/13
**person [1]**   5/5
**Phillips [1]**   2/6
**phillipsdayeslaw.com [1]**   2/9
**Phoenix [1]**   2/7
**Plaintiff [2]**   1/7 2/4
**plaintiffs [1]**   3/8
**please [1]**   3/6
**point [1]**   4/8
**practice [1]**   4/24
**practices [1]**   4/25
**prayer [1]**   3/16
**PRESIDING [1]**   1/5
**prior [1]**   4/4
**proceedings [3]**
**promise [1]**   4/13
**prospects [2]**   4/10 4/11
**pursuant [1]**   7/3
**put [1]**   5/15

**Q**

**quickly [1]**   4/13

**R**

**R-o-t-m-a-n [1]**   4/18
**rather [1]**   4/13
**reached [1]**   4/3
**really [1]**   4/14
**regulations [1]**   7/7
**reported [1]**   7/5
**REPORTER'S [1]**   1/15
**requested [1]**   3/13
**resolved [1]**   5/16
**respected [1]**   5/8
**retired [2]**   4/16 4/20
**right [1]**   5/19
**Room [1]**   1/24
**Rothman [1]**   4/17
**Rotman [2]**   3/23 4/17
**RPR [1]**   1/23
**ruling [1]**   3/13

## S

**say [1]** 5/25
**schedule [1]** 5/22
**scheduled [1]** 3/20
**Section [1]** 7/3
**see [3]**
**seems [1]** 4/14
**serious [1]** 4/2
**services [2]** 3/10 5/6
**settlement [1]** 4/12
**Seyfarth [1]** 2/15
**seyfarth.com [1]** 2/18
**Shaw [1]** 2/15
**show [1]** 4/1
**so [4]**
**South [1]** 2/16
**specializing [2]** 4/21 4/23
**specialty [1]** 5/7
**Spring [1]** 1/24
**state [1]** 3/6
**STATES [4]**
**status [2]** 5/22 6/2
**stenographically [1]** 7/5
**STEPHEN [1]** 1/5
**still [1]** 4/25
**stipulation [1]** 5/18
**Street [2]** 1/24 2/16
**strike [1]** 4/6
**success [1]** 6/4
**Suite [2]** 2/7 2/16
**summary [1]** 3/13
**superior [1]** 4/16
**Support [1]** 3/10
**sure [1]** 3/19
**SVW [2]** 1/8 3/4

## T

**take [1]** 5/18
**TATITLEK [3]**
**than [2]** 4/7 4/24
**Thank [3]**
**that [12]**
**That's [2]** 3/25 4/19
**their [2]** 4/7 5/7
**Then [1]** 5/22
**there [3]**
**these [1]** 5/3
**this [6]**
**thought [1]** 4/15
**three [1]** 5/5
**three-person [1]** 5/5
**Thursday [1]** 3/18
**Title [1]** 7/4
**Title 18 [1]** 7/4
**together [1]** 4/13
**too [1]** 5/15
**transcript [3]**
**Trey [2]** 2/6 3/7
**treyd [1]** 2/9
**trial [1]** 6/1
**true [1]** 7/4
**two [1]** 5/6

## U

**undoubtedly [1]** 4/7
**UNITED [4]**
**until [1]** 5/15

## V

**versus [1]** 3/5
**very [2]** 3/23 4/14

## W

**wage [2]** 3/24 5/7
**want [1]** 5/15
**was [3]**
**way [2]** 3/19 4/2
**we [7]**
**week [2]** 3/18 5/20
**well [2]** 5/8 5/13
**WESTERN [1]** 1/3
**what [3]**
**where [1]** 3/16
**which [1]** 4/9
**who [1]** 4/7
**will [1]** 6/2
**WILSON [1]** 1/5
**wish [1]** 3/15
**without [2]** 4/2 4/9
**won't [1]** 4/2

## Y

**Yeah [1]** 5/12
**years [1]** 4/17
**you [10]**
**you've [1]** 4/1
**your [11]**